■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN STOKES, Appellant. [731 NYS2d 681] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Pietruszka, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Pine, Scudder, Kehoe and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS P. WALSH, Appellant, v GARY FILION, as Superintendent of Marcy Correctional Facility, Respondent. [731 NYS2d 681] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Scudder, Kehoe and Burns, JJ.